

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00162-CV

CLYDE T. MOORE, JR.                                        APPELLANT

V.

LESLIE G. MARTIN, P.C.                                        APPELLEE

----------

### FROM COUNTY COURT AT LAW NO. 2 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Clyde T. Moore, Jr. attempts to appeal from the trial court's order sustaining the county clerk's contest to his affidavit of inability to pay costs.[2] After appellant filed his notice of appeal, we sent him a letter expressing our concern that we do not have jurisdiction because the order that appellant is appealing from is not a final judgment or an appealable interlocutory order. We

---

[1]See Tex. R. App. P. 47.4.

[2]See Tex. R. Civ. P. 145(b), (d).

informed appellant that unless he filed a response showing grounds for continuing the appeal, it could be dismissed for want of jurisdiction. Appellant filed a response, but it does not state adequate grounds for continuing the appeal.

The general rule, with a few exceptions, is that an appeal may be taken only from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *see also Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001) ("A party may not appeal an interlocutory order unless authorized by statute."). A judgment is final when it actually disposes of all parties and claims or expressly and unequivocally states that it does so. *Lehmann*, 39 S.W.3d at 200–01, 204. The order at issue in this appeal does not meet this standard for finality, and it is not an appealable interlocutory order. *See id.*; *Tilotta v. Smith-Tilotta*, No. 01-09-00817-CV, 2010 WL 724592, at *1 (Tex. App.—Houston [1st Dist.] Mar. 4, 2010, no pet.) (mem. op.); *Dyer v. Tex. Bd. of Pardons & Paroles*, No. 01-08-00884-CV, 2010 WL 143422, at *1 (Tex. App.—Houston [1st Dist.] Jan. 14, 2010, no pet.) (mem. op.). We therefore dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED: July 5, 2012

2